Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

Newman, Poppenhusen, Stern & Johnston, for appellant; Henry J. Brandt, of counsel. Madden & Cunningham and John C. Murphy, for appellees; James V. Cunningham, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Demetrious G. Stavropoulos, defendant in error, v. Harolambos Stavropoulos, plaintiff in error. Gen. No. 27,927.**

Action on note. Judgment of county court striking defendant's plea from files, and entering judgment against him by default, he being then in the Kingdom of Greece, and it being alleged he had not shown sufficient diligence. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed February 13, 1923.

Jacob L. Levy, for plaintiff in error. B. M. Shaffner, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

**Waples Platter Grocery Company, appellant, v. Robert L. Steffey and D. R. Steffey, appellees. Gen. No. 27,963.**

Contract action of the fourth class against a father and son, former having given written guaranty for latter for credit to enable him to start in the restaurant business. Defense that goods were not supplied as alleged. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. C. N. Hollerich, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed February 13, 1923.

Culver, Andrews & King, for appellant. M. L. Carmody, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Joseph H. P. Klein, appellant, v. Louis C. Jacobson et al., trading as Lu-Will-Co. Printing Company, appellees. Gen. No. 27,972.**

Action for rent by party claiming as assignee of long lease, assignment being questioned. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed February 13, 1923.

Edward J. Kelley, for appellant. No appearance for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Louis A. Stinson, appellee, v. Park & Pollard Company, appellant. Gen. No. 27,980.**

Action on check, defense of no consideration. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed with finding of fact. Opinion filed February 13, 1923. Rehearing denied February 28, 1923.

Atwood, Pease, Loucks & Peterson, for appellant. Cratty Bros. & Flatau, for appellee; Sol. Flatau, of counsel.

Mr. Justice Gridley delivered the opinion of the court.